James F. Humphreys
Cindy J. Kiblinger
**James F. Humphreys & Associates, L.C.**
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: 866-804-3235
Facsimile: 304-347-5055
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 05-4538 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Barry R. Hudnall, et al.,<br><br>                                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys" fees and costs.

-1-

DATED: 10/22, 2009    By: *Christopher W. L___*

**JAMES F. HUMPHREYS & ASSOCIATES, L.C.**
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: 866-804-3235
Facsimile: 304-347-5055

*Attorneys for Plaintiffs*

DATED: Oct. 22, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 28 2009

Hon. Charles R. Breyer
United States District Court

-2-